**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Brian MCPHEARSON, Petitioner**

No. 292 WAL 2016

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

**AND NOW,** this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Charles VOLK, Petitioner**

No. 299 WAL 2016

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

**AND NOW,** this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jerry Eugene SHRUBB, Petitioner**

No. 283 WAL 2016

Supreme Court of Pennsylvania.

December 6, 2016

## ORDER

PER CURIAM

**AND NOW,** this 6th day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**